# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES-GENERAL

Case No.  CV 13-6519-FMO (PLA)                                    Date  October 30, 2013

Title:   Charles Lemon Lewis v. D. Sandoval

---

PRESENT: THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**     **(IN CHAMBERS)**

Pursuant to this Court's Order of September 23, 2013, plaintiff was ordered to pay an initial partial filing fee of $5.00 within thirty (30) days of the date of the order (i.e., by October 23, 2013). The $5.00 partial filing fee has not been received by the Court. Accordingly, **no later than November 14, 2013, plaintiff is ordered to show cause** why this case should not be dismissed for failure to pay the required fee. Receipt of the initial partial $5.00 filing fee by the Court on or before **November 14, 2013**, shall be deemed compliance with this Order to Show Cause.

cc:     Charles Lemon Lewis, Pro Se

Initials of Deputy Clerk____ch____