1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

8

**CENTRAL DISTRICT OF CALIFORNIA**

9

**WESTERN DIVISION**

10

11  CHARLES LEMON LEWIS,                )     No. CV 13-6519-FMO (PLA)
                                        )
12                      Plaintiff,      )     **ORDER ACCEPTING MAGISTRATE**
                                        )     **JUDGE'S REPORT AND**
13            v.                        )     **RECOMMENDATION**
                                        )
14  D. SANDOVAL,                        )
                                        )
15                      Defendant.      )
                                        )
16  _____ )

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed all the records and files herein, the

18  magistrate judge's report and recommendation, and plaintiff's objections to the report and

19  recommendation.  The Court has engaged in a de novo review of those portions of the report and

20  recommendation to which objections have been made.  The Court accepts the recommendations

21  of the magistrate judge.

22          ACCORDINGLY, IT IS ORDERED:

23          1.      The report and recommendation is accepted.

24          2.      Defendant's Motion to Dismiss is granted.

25          3.      Plaintiff's action is dismissed without prejudice for failure to exhaust administrative

26                  remedies.

27          4.      Plaintiff's Motion to Amend is denied.

28

5.     Judgment shall be entered consistent with this order.

6.     The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: October 29, 2014                                    /s/
                                                    HONORABLE FERNANDO M. OLGUIN
                                                    UNITED STATES DISTRICT JUDGE