# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| CHARLES LEMON LEWIS, | ) | No. CV 13-6519-FMO (PLA) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| D. SANDOVAL, | ) | |
| Defendant. | ) | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: October 29, 2014

/s/
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE